A CERTIFIED TRUE COPY

JAN 1 7 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT LA

2007 JAN 17 PM 4:51

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 29 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-80)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,552 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 1 7 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

JAN 30 2007

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee
Process
X   Dktd
CtRmDep 9773
Doc. No.

## SCHEDULE CTO-80 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA
SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA CENTRAL** | | |
| CAC 2  06-7329 | Martha Fernandez v. Merck & Co., Inc. | 07-344 |
| **CALIFORNIA EASTERN** | | |
| CAE 2  06-2436 | Ray Slusser v. Merck & Co., Inc., et al. | 07-345 |
| CAE 2  06-2523 | Anthony Gutierrez, et al. v. Merck & Co., Inc., et al. | 07-346 |
| CAE 2  06-2525 | Ruby Wheeler, etc. v. Merck & Co., Inc., et al. | 07-347 |
| CAE 2  06-2546 | Michael A. Gamberg, Sr., et al. v. Merck & Co., Inc., et al. | 07-348 |
| CAE 2  06-2547 | Ernest E. Whitesell, et al. v. Merck & Co., Inc., et al. | 07-349 |
| CAE 2  06-2548 | Nirmal S. Bains, et al. v. Merck & Co., Inc., et al. | 07-350 |
| CAE 2  06-2559 | William D. Schnack, et al. v. Merck & Co., Inc., et al. | 07-351 |
| CAE 2  06-2560 | Susan Leslie, et al. v. Merck & Co., Inc., et al. | 07-352 |
| CAE 2  06-2563 | Kathie K. Sabato, et al. v. Merck & Co., Inc., et al. | 07-353 |
| CAE 2  06-2568 | Michael D. Ento v. Merck & Co., Inc., et al. | 07-354 |
| CAE 2  06-2574 | Terry Gann v. Merck & Co., Inc., et al. | 07-355 |
| CAE 2  06-2575 | Louis M. Fatur, etc. v. Merk & Co., Inc., et al. | 07-356 |
| CAE 2  06-2598 | Joan A. Olson v. Merck & Co., Inc., et al. | 07-357 |
| CAE 2  06-2599 | Denise G. Crank v. Merck & Co., Inc., et al. | 07-358 |
| CAE 2  06-2600 | Betty Phares, et al. v. Merck & Co., Inc., et al. | 07-359 |
| CAE 2  06-2601 | Jacqueline K. O'Sullivan v. Merck & Co., Inc., et al. | 07-360 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3  06-7068 | Joan H. Cole v. Merck & Co., Inc. | 07-361 |
| CAN 3  06-7069 | George Bernal v. Merck & Co., Inc. | 07-362 |
| CAN 3  06-7084 | Maria Estella Rosendo v. Merck & Co., Inc. | 07-363 |
| CAN 3  06-7085 | Roberta Salazar v. Merck & Co., Inc. | 07-364 |
| CAN 3  06-7163 | Katherine Kloverstrom v. Merck & Co., Inc., et al. | 07-365 |
| CAN 4  06-7118 | Michael Sisson v. Merck & Co., Inc. | 07-366 |
| CAN 4  06-7120 | Joanne Rincon, et al. v. Merck & Co., Inc. | 07-367 |
| CAN 5  06-7040 | Viet Tran v. Merck & Co., Inc. | 07-368 |
| **CALIFORNIA SOUTHERN** | | |
| ~~CAS 3  06-2535~~ | ~~Hermogenes Del Rosario v. Merck & Co., Inc., et al.~~ OPPOSED 1/10/07 | |
| ~~CAS 3  06-2536~~ | ~~Maria Graham, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 1/10/07 | |
| ~~CAS 3  06-2537~~ | ~~Sandra Boardman, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 1/10/07 | |
| ~~CAS 3  06-2538~~ | ~~Lloyd Bell, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 1/10/07 | |
| ~~CAS 3  06-2539~~ | ~~Joseph Cornwall, etc. v. Merck & Co., Inc., et al.~~ OPPOSED 1/10/07 | |
| **FLORIDA MIDDLE** | | |
| FLM 5  06-414 | Patricia Terry v. Merck & Co., Inc., et al. | 07-369 |
| FLM 8  06-2178 | Donald R. Breckley, etc. v. Merck & Co., Inc., et al. | 07-370 |
| FLM 8  06-2180 | Costas Gianaros v. Merck & Co., Inc., et al. | 07-371 |
| FLM 8  06-2195 | Victor Rodriguez Rojas v. Merck & Co., Inc., et al. | 07-372 |
| **FLORIDA SOUTHERN** | | |
| FLS 1  06-22737 | Manuel Ramirez, etc. v. Merck & Co., Inc. | 07-373 |
| **ILLINOIS NORTHERN** | | |
| ILN 1  06-6150 | Celia Bucio, et al. v. Merck & Co., Inc. | 07-374 |
| ILN 1  06-6413 | Emma Bruce, etc. v. Merck & Co., Inc. | 07-375 |

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **ILLINOIS SOUTHERN** | | | |
| ILS 3  06-913 | Donald Cuff v. Merck & Co., Inc. | | 07-376 |
| ILS 3  06-931 | Glenn Romine v. Merck & Co., Inc., et al. | | 07-377 |
| ILS 3  06-934 | Joseph Hogg v. Merck & Co., Inc. | | 07-378 |
| ILS 3  06-935 | Jessie Lucas v. Merck & Co., Inc. | | 07-379 |
| ILS 3  06-936 | Barbara J. McKeal v. Merck & Co., Inc. | | 07-380 |
| ILS 3  06-937 | Jack Ridinger v. Merck & Co., Inc. | | 07-381 |
| ~~ILS 3  06-948~~ | ~~Patricia A. Taylor v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |
| ILS 3  06-949 | Pearl Hayes, et al. v. Merck & Co., Inc. | | 07-382 |
| ~~ILS 3  06-965~~ | ~~Richard Schlemer v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |
| ILS 3  06-966 | Lucy Petty, etc. v. Merck & Co., Inc., et al. | | 07-383 |
| ~~ILS 3  06-967~~ | ~~Melvin Mayfield v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |
| | | | |
| **MARYLAND** | | | |
| MD 1  06-3063 | George Pipiris, et al. v. Merck & Co., Inc. | | 07-384 |
| | | | |
| **MISSISSIPPI NORTHERN** | | | |
| MSN 1  06-313 | V.J. Robinson, et al. v. Merck & Co., Inc., et al. | | 07-385 |
| MSN 3  06-143 | Scott Neal, et al. v. Merck & Co., Inc. | | 07-386 |
| | | | |
| **NEW YORK SOUTHERN** | | | |
| NYS 1  06-13145 | Antonia Cannavo, et al. v. Merck & Co., Inc. | | 07-387 |
| | | | |
| **OHIO NORTHERN** | | | |
| OHN 1  06-2582 | Cynthia L. Walters-Farmer, et al. v. Merck & Co., Inc. | | 07-388 |
| | | | |
| **PENNSYLVANIA EASTERN** | | | |
| ~~PAE 2  06-5124~~ | ~~Marion Gass v. Merck & Co., Inc.~~ | OPPOSED 1/16/07 | |
| | | | |
| **SOUTH CAROLINA** | | | |
| ~~SC 4  06-3225~~ | ~~Joyce R. Sanders, etc. v. Merck & Co., Inc., et al.~~ | OPPOSED 1/16/07 | |
| SC 4  06-3280 | Virginia Dorriety v. Merck & Co., Inc. | | 07-389 |
| SC 8  06-3230 | Ruby Jean Isler v. Merck & Co., Inc. | | 07-390 |
| | | | |
| **TENNESSEE EASTERN** | | | |
| TNE 1  06-249 | Margaret Tregaskis, etc. v. Merck & Co., Inc. | | 07-391 |
| | | | |
| **TEXAS EASTERN** | | | |
| TXE 1  06-732 | Sam A. Maida v. Merck & Co., Inc. | | 07-392 |
| TXE 2  06-476 | George Carter, et al. v. Merk & Co., Inc. | | 07-393 |
| TXE 6  06-492 | Dennis March v. Merck & Co., Inc. | | 07-394 |
| TXE 9  06-255 | Michael Braid, et al. v. Merck & Co., Inc., et al. | | 07-395 |
| | | | |
| **TEXAS NORTHERN** | | | |
| TXN 4  06-805 | Bonnie Davis v. Merck & Co., Inc. | | 07-396 |
| TXN 4  06-815 | Tommy Weddington v. Merck & Co., Inc. | | 07-397 |
| | | | |
| **TEXAS SOUTHERN** | | | |
| ~~TXS 1  06-181~~ | ~~Maria G. Gonzalez v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |
| TXS 1  06-185 | Rosalio Adame, et al. v. Merck & Co., Inc., et al. | | 07-398 |
| ~~TXS 3  06-721~~ | ~~John Blazier v. Merck & Co., Inc., et al.~~ | OPPOSED 1/17/07 | |
| ~~TXS 3  06-723~~ | ~~Evert Crump v. Merck & Co., Inc., et al.~~ | OPPOSED 1/17/07 | |
| ~~TXS 3  06-724~~ | ~~Richard Smith v. Merck & Co., Inc., et al.~~ | OPPOSED 1/17/07 | |
| ~~TXS 4  06-3689~~ | ~~Vada Tolbert v. Merck & Co., Inc., et al.~~ | OPPOSED 1/17/07 | |
| ~~TXS 7  06-345~~ | ~~Abdon Gonzalez v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |
| ~~TXS 7  06-346~~ | ~~Maria Quintanilla v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |
| ~~TXS 7  06-347~~ | ~~Adriana Negrete v. Merck & Co., Inc., et al.~~ | OPPOSED 1/10/07 | |

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| TEXAS WESTERN | | |
| TXW 1 06-902 | James Mercer v. Merck & Co., Inc., et al. | 07-399 |
| ~~TXW 5 06-985~~ | ~~Selma Gonzalez, et al. v. Merck & Co., Inc., et al.~~   OPPOSED 1/10/07 | |
| UTAH | | |
| UT 2 06-986 | Lisa Ann Phillips, et al. v. Merck & Co. Inc. | 07-400 |